UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE AND JOHN DOES, ON BEHALF OF MINOR K.S., | ) ) ) | CASE NO:  1:23-cv-1244 |
| Plaintiffs, | ) ) | JUDGE: |
| v. | ) ) ) | MAGISTRATE JUDGE: |
| SHAKER HEIGHTS SCHOOL DISTRICT, et al, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendants, Shaker Heights School District, Shaker Heights Board of Education, and David Glasner in his official capacity as Superintendent of Shaker Heights School District (collectively, "Defendants"), by and through counsel, and pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, file this Notice of Removal and state as follows:

1. On or about May 19, 2023, Plaintiffs, Jane Doe, and John Does (collectively, "Plaintiffs"), filed a civil action in the Cuyahoga County Court of Common Pleas where it is now pending under the caption *Jane Doe and John Does, on Behalf of Minor K.S. v. Shaker Heights School District, Shaker Heights Board of Education, and David Glasner, in his official capacity as Superintendent of Shaker Heights School District*, Case No. CV 23 979734, asserting claims under the federal laws of the United States.

2. Defendants were served with a copy of the Complaint on or about June 5, 2023.

1

3.  Pursuant to 28 U.S.C. § 1441, Defendants seek to remove this action from the Cuyahoga County Court of Common Pleas to the United States District Court for the Northern District of Ohio, Eastern Division.

4.  This Notice of Removal is being filed within thirty (30) days from service of Complaint and is, therefore, timely filed in accordance with 28 U.S.C. § 1446(b).

5.  As required by 28 U.S.C. § 1446(a), attached hereto as **Exhibit A**, is a copy of all process, pleadings, orders, and other filings served upon Defendants in the state court action.

6.  The Complaint seeks relief pursuant to 42 U.S.C. § 1983 and alleges violations of Plaintiffs' rights under the Fourteenth Amendments to the United States Constitution (*see* Count 4 "Substantive Due Process" and Count 5 "Procedural Due Process") as well as pursuant to Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681, et seq. (*see* Count 10 "Violations of Title IX")

7.  Defendants request that this Court invoke its federal question jurisdiction pursuant to 28 U.S.C. § 1331 because the claims brought in the state court action arise from the Constitution, treaties, and/or laws of the United States.

8.  Defendants further request that this Court invoke supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over any of Plaintiffs' remaining claims.

9.  In accordance with 28 U.S.C. § 1446(b)(2)(A), all Defendants who have been properly joined and served have consented to the removal of this action.

10. Notice of this filing is being sent to the Plaintiffs and filed with the Clerk of Courts of the Cuyahoga County Court of Common Pleas as required by 28 U.S.C. § 1446(d).

4878-3840-1641, v. 1

WHEREFORE, Defendants respectfully request that the United States District Court for the Northern District of Ohio, Eastern Division, accept this Notice of Removal and accept jurisdiction over the state court action.

Respectfully submitted,

/s/ *Sara Ravas Cooper*
Sara Ravas Cooper (Reg. No. 0076543)
  Email: scooper@westonhurd.com
  Direct Dial: 216-687-3364
WESTON HURD LLP
1300 E. 9th St., Suite 1400
Cleveland, OH 44114

*Attorney for Defendants, Shaker Heights School District, Shaker Heights Board of Education, and David Glasner, Superintendent of Shaker Heights School District*

3

4878-3840-1641, v. 1

## CERTIFICATE OF SERVICE

I certify that the foregoing *Notice of Removal* has been filed this 26ᵗʰ day of June, 2023 through the Court's electronic filing system.  A copy of the foregoing was also sent by electronic mail to:

Marlon A. Primes, Esq.
maprimes@bmdllc.com
BRENNAN MANNA & DIAMOND, LLC
200 Public Square, Suite 1850
Cleveland, Ohio 44114

Kelly E. Jena, Esq.
kejena@bmdllc.com
BRENNAN MANNA & DIAMOND, LLC
250 Civic Center Drive, Suite 300
Columbus, Ohio 43215


*/s/ Sara Ravas Cooper*
Sara Ravas Cooper
*One of the Attorneys for Defendants*

4878-3840-1641, v. 1